IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AYALA ALVAREZ, MANUEL AYALA ALVAREZ, II, and ISRAEL AYALA ALVAREZ,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>POLICE OFFICER R. DAVIS, BADGE 340, POLICE OFFICER LANDBURG, BADGE 280, and CITY OF SACRAMENTO,<br><br>　　　　Defendants.<br>_____/ | No. CIV S-06-1132 LKK DAD PS<br><br><br><br><br><br>ORDER |

　　　　Plaintiff, Manuel Ayala Alvarez, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

　　　　On August 14, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

/////

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 14, 2006, are adopted in full; and

2. This action is dismissed without leave to amend for failure to state a claim for relief.

DATED: November 28, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT